UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE No. 09-cr-00045-DC

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOSEPH SINGH

        Defendant,
_____/

## ORDER

    THE DEFENDANT having filed an unopposed motion to Travel on April 27, 2010 and this Court having reviewed the Motion and been otherwise fully advised on the premises it is hereby ordered and adjudged that said motion is GRANTED.

    Defendant's passport shall be retuned to him by pre-trial services and defendant shall be allowed to Travel to Singapore, leaving any day following the date of this motion and returning on or before July 15, 2010. Defendant shall return his passport to pre-trial services with 24 hours of his return to the Southern District of Florida.

DONE AND ORDERED, in Newark, New Jersey this __11__ of May 2010.

_____
US DISTRICT COURT JUDGE

Dennis M. Cavanaugh
U.S. District Judge