Case 1:09-cr-00045-DMC   Document 162-1   Filed 07/20/10   Page 1 of 1 PageID: 1537

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE No. 09-cr-00045-DC

UNITED STATES OF AMERICA

Plaintiff,

vs.

JOSEPH SINGH

Defendant,

_____/

## ORDER

THE DEFENDANT having filed an unopposed motion to Travel on July 20, 2010 and this Court having reviewed the Motion and been otherwise fully advised on the premises it is hereby ordered and adjudged that said motion is GRANTED.

Defendant's passport shall be retuned to him by pre-trial services and defendant shall be allowed to Travel to Singapore, leaving any day following the date of this order and returning on or before October 4, 2010.  Defendant shall return his passport to pre-trial services with 24 hours of his return to the Southern District of Florida.

DONE AND ORDERED, in Newark, New Jersey this __30ᵗʰ__ of __July__ 2010.

US DISTRICT COURT JUDGE