UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE No. 09-cr-00045-DC

UNITED STATES OF AMERICA

                    Plaintiff,

vs.

JOSEPH SINGH

                    Defendant,
_____/

### ORDER

THE DEFENDANT having filed an unopposed motion to extend his current travel dates on September 24, 2010 and this Court having reviewed the Motion and been otherwise fully advised on the premises it is hereby ordered and adjudged that said motion is GRANTED. *and the government having consented;*

Defendant shall be allowed to remain in Singapore up to October 25, 2010. Defendant shall return his passport to pre-trial services with 24 hours of his return to the Southern District of Florida.

DONE AND ORDERED, in Newark, New Jersey this ___6___ of ___Oct___ 2010.

_____
US DISTRICT COURT JUDGE

Dennis M. Cavanaugh
U.S. District Judge