UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE No. 09-cr-00045-DC

UNITED STATES OF AMERICA

            Plaintiff,

vs.

JOSEPH SINGH

            Defendant,
_____/

### ORDER

    THE DEFENDANT having filed an unopposed motion to Travel on March 14, 2011 and this Court having reviewed the Motion and been otherwise fully advised on the premises it is hereby ordered and adjudged that said motion is GRANTED.

    Defendant's passport shall be retuned to him by pre-trial services and defendant shall be allowed to Travel to Singapore, leaving any day following the date of this order and returning on or before June 3, 2011. Defendant shall return his passport to pre-trial services with 24 hours of his return to the Southern District of Florida.

DONE AND ORDERED, in Newark, New Jersey this _31ST_ of _MARCH_ 2011

_____
US DISTRICT COURT JUDGE

Dennis M. Cavanaugh
U.S. District Judge