UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DENNIS M. CAVANAUGH |
| v. | : | Crim. No. 11-156 |
| DUBBLE KESSLER | : | CONTINUANCE ORDER |

A criminal indictment charging the defendant with conspiring to possess with intent to distribute more than 100 kilograms of marijuana, contrary to 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(B), in violation of 21 U.S.C. Section 846, having been published on March 16, 2011; and the defendant being scheduled for arraignment before the Court on April 4, 2011; and the defendant being represented by Alyssa Cimino, Esq.; and the defendant and his counsel being aware that he has the right to have the matter brought to trial within seventy (70) days of publication of defendant's indictment on this charge, pursuant to Title 18, United States Code, Section 3161(c)(1); and one continuance having previously been granted by this Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the defendant hereby requests a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary for the defendant to negotiate a plea agreement; the Government having agreed to this continuance; and for good cause shown;

IT IS on this __18th__ day of July, 2011,

ORDERED that from July 15, 2011, to and including October

1, 2011, shall be excluded under the Speedy Trial Act from calculation of the time within which this matter must be tried for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Randall H. Cook
Assistant U.S. Attorney

_____
Alyssa Cimino, Esq.
Counsel for Dubble Kessler

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge