UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE No. 09-cr-00045-DC

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOSEPH SINGH

        Defendant,

_____/

## CONSENT ORDER

THE DEFENDANT having filed an unopposed motion modify his Probation on August 29, 2011 (De. 323) and this Court having reviewed the Motion and been otherwise fully advised on the premises it is hereby ordered and adjudged that said motion is GRANTED.

Defendant's passport and other travel documents shall be permanently retuned to him by the probation office.

The Defendant's probation is hereby modified and Defendant shall be on unsupervised probation for the period of one year. All other conditions of sentence and probation remain the same.

DONE AND ORDERED, in Newark, New Jersey this ___1___ of _Sept_ 2011

                        _____
                        US DISTRICT COURT JUDGE
                        Dennis M. Cavanaugh
                        U.S. District Judge