UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE No. 09-cr-00045-DC

UNITED STATES OF AMERICA

                Plaintiff,

vs.

JOSEPH SINGH

                Defendant,
_____/

## CONSENT ORDER

      THE DEFENDANT having filed an unopposed motion modify his Probation on August 29, 2011 (De. 323) and this Court having reviewed the Motion and been otherwise fully advised on the premises it is hereby ordered and adjudged that said motion is GRANTED.

      Defendant's passport and other travel documents shall be permanently retuned to him by the probation office.

      The Defendant's shall be allowed by the probation office to travel to Singapore for periods of up to four month on each occasion during the term of his probation. Upon return to the United States, the defendant shall report to probation within 24 hours. There is no restriction on the number of times, defendant is allowed to travel to Singapore during this period.

DONE AND ORDERED, in Newark, New Jersey this ___1___ of ___Sept___ 2011

_____
US DISTRICT COURT JUDGE

Dennis M. Cavanaugh
U.S. District Judge